# Court of Appeals
# of the State of Georgia

ATLANTA,  January 27, 2025

*The Court of Appeals hereby passes the following order:*

## A25A0982. TATYANA ELLIS v. DAVID EDWARD OLES et al.

Tatyana Ellis filed suit against her former attorney, David Edward Oles, and his law practice. In 2021, the trial court granted summary judgment to Oles, rejected Ellis's tort claims against him, and entered judgment against Ellis on Oles's counterclaim for fees. This Court affirmed on appeal. *Ellis v. Oles*, 364 Ga. App. 133 (873 SE2d 251) (2022). After the case was remitted to the trial court, Ellis, proceeding pro se, sought leave to amend the pretrial order, reconsideration of summary judgment, and sanctions against Oles. On June 14, 2024, the trial court denied Ellis's motions. Ellis thereafter filed an "omnibus motion: to continue the proceedings, leave to compel discovery of alternatively action, [and] to reconsider the" June 14, 2024 order. On October 2, 2024, the trial court denied Ellis's omnibus motion,  but Ellis filed yet another motion for reconsideration, which was also denied on October 22, 2024. Ellis filed a notice of appeal on November 21, 2024, seeking to appeal, inter alia, the orders entered on June 14, 2024; October 2, 2024; and October 22, 2024. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Pretermitting whether the June 14, 2024 order was subject to direct appeal, a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in

its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's October 2 and October 22 orders are not appealable. *Bell*, 244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. And because the appeal was filed 160 days after the trial court's June 14 order, it is untimely as to that order. See OCGA § 5-6-38 (a). For these reasons, Ellis's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __01/27/2025__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*